No. 460. ELMER C. DYER ET AL. *v.* GEORGE A. STAUFFER, MARSHAL, ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. U. G. Denman* and *Her-*

bert W. Nauts for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Sewall Key* for respondents.

